UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRACY FRACASSE
K. LEE BROWN
    Plaintiff

    v.                                        3:12cv856 (JCH)

PEOPLE'S UNITED BANK
    Defendants

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendant's Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion and on December 26, 2012, entered an Order granting the defendants' Motion, dismissing plaintiffs' claims against defendant, People's United Bank.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants, against the plaintiff, and the case is closed.

Dated at New Haven, Connecticut, this 7th day of February, 2013.

                                      Robin D. Tabora, Clerk

                                      By   /s/ Diahann Lewis
                                            Deputy Clerk

Entered on Docket  2/7/2013